IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ARIELLA MAHONEY,

    Plaintiff,

v.                                                        Case No. 18-2585-JAR

KC WATERPARK MANAGEMENT, LLC, et al.,

    Defendants.

## **AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 36) to amend the scheduling order filed on December 17, 2018 (ECF No. 13). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by April 24, 2019. Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from defendants by June 24, 2019. Disclosures and reports by any rebuttal experts are due by July 24, 2019.

    b.    The case shall remain set for trial on a trial calendar that will begin on May 5, 2020. The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated May 1, 2019, at Kansas City, Kansas.

                                                s/ James P. O'Hara  
                                                James P. O'Hara  
                                                U.S. Magistrate Judge