IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ARIELLA MAHONEY,

    Plaintiff,

v.                            Case No. 18-2585-JAR

KC WATERPARK MANAGEMENT, LLC, et al.,

    Defendants.

## **SECOND AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 44) to amend the scheduling order filed on December 17, 2018 (ECF No. 13). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.     Motions to amend or join additional parties are due by **August 30, 2019.**

    b.     All discovery shall be commenced or served in time to be completed by **November 29, 2019.**

    c.     Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from defendant by **October 31, 2019.** Disclosures and reports by any rebuttal experts are due by **November 30, 2019**.

    d     The final pretrial conference is rescheduled from August 15, 2019, to **January 16, 2020 at 9:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will

conduct the conference.  No later than **December 27, 2019**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

  e. The deadline for filing all other potentially dispositive motions is **January 31, 2020.**

  f. The deadline for motions challenging admissibility of expert testimony is **January 31, 2020**.

  g. With the approval of the presiding U.S. district judge, the case is re-set for trial on a trial calendar that will begin on **September 29, 2020, at 9:00 a.m**.

All other provisions of the original and amended scheduling order shall remain in effect.  The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

  IT IS SO ORDERED.

  Dated August 1, 2019, at Kansas City, Kansas.

              s/ James P. O'Hara
              James P. O'Hara
              U.S. Magistrate Judge