# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT KANSAS

| | |
|---|---|
| ARIELLA MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 18-cv-02585-JAR |
| ) | Chapter |
| KC WATERPARK MANAGEMENT, LLC et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' VOLUNTARY DISMISSAL WITH PREJUDICE

Comes Now Plaintiff, by and through counsel, and seeks a voluntary dismissal of this case WITH prejudice with each side to bear its own costs.

Respectfully submitted,

**Hinrichs Law Firm, LLC**

/s/ Nicholas Hinrichs
Nicholas Hinrichs   MO# 63506
1100 Main Street, Suite 2600
Phone: (816) 876-2600
Fax: (816) 221-8763
E-mail: nhinrichs@hinrichslawfirm.com