# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**ARIELLA MAHONEY,**

    **Plaintiff,**

    **v.**

**KC WATERPARK MANAGEMENT, LLC, et al.,**

    **Defendants.**

Case No. 18-CV-2585-JAR

## ORDER

Before the Court is Plaintiff Ariella Mahoney's Notice of Voluntary Dismissal (Doc. 48) stating that this matter may be dismissed in its entirety with prejudice. Being duly advised, for good cause shown and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS THEREFORE ORDERED BY THE COURT** that this case is DISMISSED WITH PREJUDICE with each party to bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: June 18, 2020

                                   S/ Julie A. Robinson
                                   JULIE A. ROBINSON
                                   CHIEF UNITED STATES DISTRICT JUDGE